# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:06-cr-00252-MR-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| CHRISTOPHER JONELL TYLER, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion for a copy of his Statement of Reasons and for a copy of the § 2255 motion that was filed on his behalf. [Doc. 64].

The Clerk has provided the Defendant a copy of the § 2255 motion filed on his behalf, and therefore that part of the Defendant's request is now moot. With respect to the Statement of Reasons, the Court has already provided the Defendant an opportunity to view this document once. [See Doc. 58]. The Court will again allow the Defendant to view his Statement of Reasons, but the Defendant will not be permitted to retain a copy of it.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 64] is **GRANTED IN PART** and **DENIED IN PART**. The Defendant's Motion is

**GRANTED** to the extent that the Clerk of Court is hereby authorized to provide a copy of the Statement of Reasons [Doc. 44] to the Warden of USP Lee. The Defendant shall be permitted to review the Statement of Reasons in the presence of his Case Manager or another appropriate prison official as designated by the Warden, but may not retain a copy. The Defendant's Motion is **DENIED AS MOOT** to the extent that the Defendant requests a copy of the § 2255 motion filed on his behalf, as the Clerk of Court already has provided a copy of that motion to him.

**IT IS SO ORDERED.**

Signed: September 6, 2016

Martin Reidinger
United States District Judge